JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE M MARTINEZ IV

Plaintiff,

v.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND, DEUTSCHE BANK
NATIONAL TRUST

Defendants.

COMPLAINT

20 CV 01440

---

## JURISDICTION

Jurisdiction and Venue are proper as Plaintiff is domiciled in the State of Florida and brings his controversy against Defendants which are a municipal entity and a corporation domiciled and or registered in the State of New York. The Congress authorized such jurisdiction in Article 3 Section 2 of the United States Constitution. Framers intent on said jurisdiction was to prevent bias in the courts of the Several States with a citizen of a foreign jurisdiction.

1.

On August 8th, 2012, DEUTSCHE BANK NATIONAL TRUST COMPANY commenced a judicial foreclosure proceeding for mortgaged property at 16 Blauvelt Avenue, West Haverstraw, NY 10993, against Plaintiff in the municipal jurisdiction of Rockland County, New York in the SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF ROCKLAND.

2.

On March 5th, 2013, DEUTSCHE BANK NATIONAL TRUST COMPANY commenced a second judicial foreclosure proceeding for mortgaged property at 15 Woodridge Drive, Garnerville, NY 10923 against Plaintiff in the municipal jurisdiction of Rockland County, New York in the SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF ROCKLAND.

3.

In both controversies, Plaintiff *pro se* raised the issue of lack of personal jurisdiction because of improper service.

4.

Plaintiff was unlawfully served in both suits at the respective aforementioned addresses of mortgaged property located in New York State.

5.

As stated, Plaintiff was and is a long-time resident of the State of Florida and presented evidence of his foreign domicile.

6.

In the matter concerning 15 Woodridge Drive, Garnerville, New York, the SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF ROCKLAND, acknowledged the defective service and grants Plaintiff relief.

7.

In the matter concerning 16 Blauvelt Avenue, West Haverstraw, New York, Plaintiff alleges that the SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF ROCKLAND violates his 14th and 5th amendment rights to equal protection, due process and life, liberty and property through obvious bias to DEUTSCHE BANK NATIONAL TRUST COMPANY and his diversity of citizenship.

8.

Plaintiff alleges that DEUTSCHE BANK NATIONAL TRUST COMPANY violated his 14th Amendment right to equal protection and due process of by not properly serving Plaintiff at his Florida residence.

9.

Plaintiff also alleges that DEUTSCHE BANK NATIONAL TRUST COMPANY further violated his 14th Amendment right to equal protection and due process of law by colluding with Court officials in the scheduling and participation of an ex parte hearing in which Plaintiff was informed that said hearing was postponed to future calendar.

10.

Plaintiff alleges that he appeared on said date in question and that attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY on behalf of CARRINGTON MORTGAGE, Defendant DEUTSCHE BANK NATIONAL TRUST COMPANY's servicing agent and power of attorney were present and prepared for conference without his knowledge or participation.

11.

Plaintiff also alleges that the SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF ROCKLAND was complicit in ex parte hearings, intimidation of Plaintiff because of his decision to proceed pro se and the rescheduling of hearings for the convenience of DEUTSCHE BANK NATIONAL TRUST COMPANY.

RELIEF

Plaintiff seeks for this Court to vacate the order to sale of property at 16 Blauvelt Avenue, West Haverstraw, New York 10993 at foreclosure and damages in the amount of $175,200.00.

_____
Jose M Martinez IV
Plaintiff *pro se*
11643 NE 18th Drive
North Miami, Fl 33181
PHONE: 305-927-1110
EMAIL: jose.martinez.iv4@gmail.com