UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSE M. MARTINEZ IV,
                Plaintiff,

v.

SUPREME COURT OF THE STATE OF NEW
YORK, COUNTY OF ROCKLAND, and
DEUTSCHE BANK NATIONAL TRUST,
                Defendants.
------------------------------------------------------------x

**ORDER**

20 CV 1440 (VB)

On February 19, 2020, plaintiff Jose M. Martinez, who is proceeding pro se, filed a motion for permission for electronic case filing. (Doc. #4). In his motion, plaintiff indicates that he completed the Court's CM/ECF introduction course on February 19, 2020.

Accordingly, plaintiff's motion is GRANTED.

The Clerk is instructed to terminate the motion. (Doc. #4).

Dated: February 24, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge