**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSE MANUEL MARTINEZ, IV,

                Plaintiff,

-against-                                20 **CIVIL** 1440 (VB)

## JUDGMENT

SUPREME COURT OF THE STATE OF NEW
YORK, ROCKLAND COUNTY; and DEUTSCHE
BANK NATIONAL TRUST,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 12, 2020, the motion to dismiss is granted; the motion to amend is denied as moot; accordingly, this case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:**  New York, New York
            November 12, 2020

                                                             **RUBY J. KRAJICK**
                                                              _____
                                                                    **Clerk of Court**
                                                  **BY:**
                                                                  **Deputy Clerk**